# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2419
LT Case No. 2018-CA-024861

———————————————

ROBERT A. GRIGGS, Individually,
and as Trustee of the Robert A.
Griggs Trust dated January 30,
2014 as Amended and Restated,

    Appellant,

    v.

MATTHEW J. MONAGHAN,
CANTWELL & GOLDMAN, PA,
MATTHEW KENNEDY, B AND H
GUN RACK, INC., B AND H POLICE
SUPPLY, LLC, B AND H GUN
SALES, INC., BLACKSIDE
TACTICAL, INC., COMMUNITY
SOLUTIONS PARTNER, LLC f/k/a
Community Champions
Corporation, and MERRITT
MANAGEMENT CORPORATION,

    Appellees.

———————————————

On appeal from the Circuit Court for Brevard County.
Geroge Thomas Paulk, II, Judge.

Randolph Brombacher, Caitlin Bronstein, and Glen Lindsay, of
Saavedra Goodwin, P.A., Fort Lauderdale, for Appellant.

Charles J. Meltz and Kirsten D. Blum, of Moran Kidd Lyons Johnson Garcia, P.A., Orlando, for Appellees, Matthew J. Monaghan and Goldman, Monaghan, Thakkar & Bettin, P.A. f/k/a Cantwell & Goldman, P.A.

No Appearance for Other Appellees.

October 14, 2025

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____